**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA
for the use and benefit of
CENTURY FIRE PROTECTION, LLC,**

      **Plaintiff,**

**v.**                                                             **Case No.: 3:09cv203/MCR/EMT**

**ACE ENGINEERING, INC., et al.,**

      **Defendants.**

_____/

**<u>ORDER</u>**

      This cause comes on for consideration upon the magistrate judge's Amended Order, Report and Recommendation dated November 14, 2011 (doc. 123).  The clerk of court attempted to furnish the parties with a copy of the Amended Order, Report and Recommendation to allow them an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1); however, the mail addressed to Emerald Coast Engineering, LLC ("Emerald") was returned as undeliverable on three separate occasions.[1] No objections have been filed.

      Accordingly, it is now **ORDERED** as follows:

      1.      The magistrate judge's Amended Order, Report and Recommendation is adopted and incorporated by reference in this order.

      2.      Defendant Ace is awarded from Emerald reasonable attorneys' fees (which were incurred in the prosecution of Ace's cross-claims against Emerald and in defending

---

[1] On May 27, 2010, the court entered an order granting Emerald's counsel's motion to withdraw.  *See* doc. 59.  Although the court allowed it thirty days in which to do so, Emerald failed to retain substitute counsel. On November 14, 2011, the clerk mailed a copy of the initial report and recommendation to the address for Emerald set forth in the plaintiff's amended complaint (doc. 12), which Emerald admitted in its answer to be correct.  On November 28 and December 1, the clerk mailed copies of the Amended Order, Report and Recommendation to the same address.  Each item of mail was returned to the clerk (*see* docs. 124, 125, and 126).

against Century's claims) in the amount of **$92,920.00**.

      **DONE AND ORDERED** this 6th day of January, 2012.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**